Richard K. Diamond (Tr) [State Bar No. 070634]
jvidaurri@dgdk.com
2029 Century Park East, Third Floor
Los Angeles, CA 90067-2904
Telephone: (310) 201-2482
Facsimile: (310) 277-5735

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re

UNIVERSAL MATTRESS, INC.

　　　　　　　　　　　Debtor.

) Case No. 2:09-bk-15901-ER
) Chapter 7
)
)
) REPORT OF TRUSTEE UNDER RULE
) 3011
)
)

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. 1032 in the sum of $53.44 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: September 23, 2011

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Richard K. Diamond (Tr)
　　　　　　　　　　　　　　　　　Chapter 7 Trustee

-1-

## LISTING OF DIVIDEND PAYMENTS
### (EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

| CLAIM NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT OF DIVIDEND |
|---|---|---|
| 1 | STANLEY FASTENING<br>480 MYRTLE ST.<br>NEW BRITAIN, CT  06053 | $30.94 |
| 15 | WATKINS & SHEPARD TRUCKING<br>NORTH 6400 HIGHWAY 10 WEST<br>MISSOULA, MT  59808 | $22.50 |
| | **TOTALS** | **$53.44** |

TURNOVER OF FUNDS
PURSUANT TO LBR 3011

BANK OF AMERICA, N.A.
CUSTOMER CONNECTION

CHECK NUMBER
1032

Richard K. Diamond, Trustee
2029 Century Park East
Third Floor
Los Angeles, CA  900672904

| DATE | AMOUNT |
|---|---|
| 09/23/11 | **********53.44 |

| CASE NUMBER | DEBTOR |
|---|---|
| 2:09-15901    ER | UNIVERSAL MATTRESS, INC. |

**PAY TO THE ORDER OF**

UNITED STATES BANKRUPTCY COURT
255 E. Temple Street
Los Angeles, Ca 90012

*Fifty Three Dollars And 44/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈001032⑈ ⑆111000012⑆ 4437063438⑈

---

| Date: 09/23/11 | Check Number:  1032 | Amount:  53.44 |
|---|---|---|

Case Number: 2:09-15901    ER
Debtor Name: UNIVERSAL MATTRESS, INC.
Tax ID: 95-4308059

| Paid To: | UNITED STATES BANKRUPTCY COURT<br>255 E. Temple Street<br>Los Angeles, Ca 90012 | Trustee: | Richard K. Diamond, Trustee<br>2029 Century Park East<br>Third Floor<br>Los Angeles, CA  900672904 |
|---|---|---|---|

Description:    TURNOVER OF FUNDS   PURSUANT TO LBR 3011

Bank Account Number:    4437063438

---

| Date: 09/23/11 | Check Number:  1032 | Amount:  53.44 |
|---|---|---|

Case Number: 2:09-15901    ER
Debtor Name: UNIVERSAL MATTRESS, INC.
Tax ID: 95-4308059

| Paid To: | UNITED STATES BANKRUPTCY COURT<br>255 E. Temple Street<br>Los Angeles, Ca 90012 | Trustee: | Richard K. Diamond, Trustee<br>2029 Century Park East<br>Third Floor<br>Los Angeles, CA  900672904 |
|---|---|---|---|

Description:    TURNOVER OF FUNDS   PURSUANT TO LBR 3011

Bank Account Number:    4437063438